==Motion GRANTED in Part for extension to 9/9/13.==

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00119-3** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **RICHARD HALL BACHMAN** | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Richard Hall Bachman moves to extend the time for filing pretrial motions until two weeks prior to trial, currently set on October 1, 2013.

In support of this motion, defense counsel would show the following:  By local rule, Mr. Bachman's pretrial motions will be due on Thursday August 8, 2013.  Defense counsel has just received 52 compact discs in an initial discovery disclosure.  The government has advised that discovery will likely exceed 100,000 pages.  Defense counsel needs additional time to organize and review these materials.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Richard Hall Bachman