UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-00119-4 |
| ) | Judge Trauger |
| ANGELA SLAVEY POSEY ) | |

MOTION TO APPEAR TELEPHONICALLY
AT OCTOBER 10, 2013 STATUS CONFERENCE

**COMES NOW** the Defendant, **Angela Slavey Posey**, by and through her undersigned counsel, respectfully requests that this Honorable Court enter an Order: (1) granting Defendant's counsel, Arent Fox LLP, by G. Michael Bellinger, to appear at the October 10, 2013 Status Conference (hereafter "Conference") telephonically. In support hereof, Defendant states as follows:

1. There is currently a Conference scheduled for October 10, 2013 at 4:00 p.m.

2. Defendant Angela Slavey Posey is the wife of Bart Posey, a co-defendant in this case.

3. Arent Fox, counsel of record for Defendant Angela Slavey Posey, has its office at Arent Fox LLP, 1675 Broadway, New York, NY 10019.

4. Due to the costs involved in Mr. Bellinger physically attending the Conference, and other familial, financial constraints, counsel for Angela Slavey Posey requests permission to appear at the Conference telephonically.