**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00119 |
| | ) | Judge Trauger |
| BART SIDNEY POSEY, SR., *et al.* | ) | |

## O R D E R

A status conference was held in this case on October 10, 2013. Several defendants had

filed motions to continue the October 1, 2013 trial, and all defendants had filed waivers of

speedy trial in connection with the continuance of the trial. By separate order, the trial is being

reset for August 5, 2014. The following additional matters are hereby **ORDERED**:

1.  Pretrial motions shall be filed by June 2, 2014, with responses due
    June 20, 2014.

2.  Another status conference will be held on January 27, 2014 at 4:00
    p.m. Defendant Worthy specifically waives his personal
    appearance at this status conference so that he may remain in the
    custody of the Bureau of Prisons.

3.  It is hereby **ORDERED** that, pursuant to the Guide To Judiciary
    Policy, Vol. 7, Chapter 2, § 230.23.40(b), the court has determined
    that this case is extended and complex because of the nature of the
    prosecution, type of charges, scope of discovery, forfeiture
    proceedings and other factors. It is therefore **ORDERED** that
    interim vouchers may be submitted by appointed counsel, and
    payment without "hold back" unless required by law, and this case
    will be budgeted as a mega-case with the assistance of the Sixth
    Circuit Budgeting Attorney, Bob Ranz.

It is so **ORDERED**.

ENTER this 11th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge