UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00119-1 |
| | ) | Judge Trauger |
| | ) | |
| BART SIDNEY POSEY, SR. | ) | |

**MOTION OF BART SIDNEY POSEY, SR., TO BE EXCUSED FROM APPEARING AT 1/27/14 STATUS CONFERENCE**

**COMES NOW** the Defendant, **Bart Sidney Posey, Sr.**, by and through his undersigned counsel, and hereby moves this Honorable Court to enter an order excusing Mr. Posey's appearance at the Status Conference scheduled in this case for January 27, 2014 at 4:00 p.m. In support hereof, Defendant states as follows:

1. On October 11, 2013, the Court entered an Order scheduling a *Status Conference* in this case for Monday, January 27, 2014 at 4:00 p.m. (Docket Entry 65). Mr. Posey is on bond.

2. Mr. Posey is currently employed working as the manager in a family restaurant business in Glasgow, Kentucky. He is scheduled to work on Monday, January 27, 2014 and his presence is needed at the restaurant.

3. Undersigned counsel will ask another attorney to appear for him at the 1/27/14 Status Conference. Undersigned counsel has a jury trial scheduled in the Criminal Court for Montgomery County, Tennessee, on the morning of January 27, 2013 but as of the date of this filing it is not the priority case for trial. Additionally, undersigned counsel has a Pretrial Conference in *United States of America v. Betsy Hillis*, EDTN Case No. 4:12-cr-05, in the Chattanooga Division of the Eastern