UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00119-3 |
| | ) | JUDGE TRAUGER |
| RICHARD HALL BACHMAN | ) | |

### MOTION TO WAIVE DEFENDANT BACHMAN'S APPEARANCE AT STATUS CONFERENCE

Through counsel, defendant Richard Hall Bachman moves to waive his appearance at the January 27, 2014 status conference.

In support of this motion, counsel would show the following: Mr. Bachman lives in Austin, Texas. He has advised counsel that he wishes to waive his appearance at the status conference, as it is a financial burden to travel to Nashville for the hearing. Counsel for Mr. Bachman will be present at the status conference to represent Mr. Bachman's interests.

For the reasons stated above, Mr. Bachman moves to waive his appearance at the January 27, 2014 status conference.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Richard Hall Bachman